Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
Attorneys At Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone:  (925) 930-6600
Facsimile:   (925) 930-6620

Attorneys for Plaintiffs SPPI SOMERSVILLE, INC.,
SOMERSVILLE-GENTRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., SOMERSVILLE-GENTRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc., <br><br> Defendants. | NO. C 07-05824 SI <br><br> **ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs SPPI-Somersville, Inc. and Somersville-Gentry, Inc. hereby request that the case management conference presently scheduled for February 22, 2008, be continued to March 7, 2008, at 2:30 pm.

The basis for this request for continuance is to coordinate case management conferences in related cases on the same day and time for the convenience of Court and counsel. By order dated December 18, 2007 (Court Docket # 5), this case was related to *SPPI-Somersville, Inc., Somersville-Gentry, Inc., v. TRC Companies, Inc., et al.*, Case No. C 04-02648. The case management conference in that case is set for March 7, 2008, at 2:30 pm. Because the same plaintiffs' counsel will be handling this matter and the prior case, it will more economical for the case management conferences to be coordinated on the same day and time. Additionally, the City of Antioch, a defendant in Case No. C 04-02648, has suggested consolidation of the actions, which suggestion, if raised again, would best be addressed by the Court at case management

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/625885-1

ADMINISTRATIVE MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE

1

1  conferences coordinated on the same day and time.

2      Plaintiffs have been in communication with anticipated counsel for defendant Chevron
3  USA, Inc. (served on or about February 4, 2008 but not yet answered) and have been advised that
4  defendant has no objection to this continuance.

5  Dated: February 12, 2008      Respectfully submitted,

6      ARCHER NORRIS

8  _____
9  John L. Kortum
   Attorneys for Plaintiffs
10 SPPI SOMERSVILLE, INC., SOMERSVILLE-GENTRY, INC.

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/625885-1

ADMINISTRATIVE MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE

2