Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
Attorneys At Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620

Attorneys for Plaintiffs SPPI SOMERSVILLE, INC.,
SOMERSVILLE-GENTRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., SOMERSVILLE-GENTRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc., <br><br> Defendant. | NO. C 07-05824 SI <br><br> [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiffs SPPI-Somersville, Inc. and Somersville-Gentry, Inc. have moved the Court for an order continuing the case management conference presently scheduled for February 22, 2008, to March 7, 2008, at 2:30 pm., to coordinate the conference with the conference in the related case, *SPPI-Somersville, Inc., Somersville-Gentry, Inc., v. TRC Companies, Inc., et al.*, Case No. C 04-02648.

FOR GOOD CAUSE SHOWN, the presently scheduled conference is continued to March 7, 2008, at 2:30 pm. Plaintiffs shall notify Defendant of this order.

Dated: February ____, 2008

_____
Susan Illston
Judge of the United States District Court
Northern District, California

# Kortum, John

**Company:**         PACER login info

This is the Archer Norris account for viewing documents:
login:        an0112
password:     9ebidoo9


JLK electronic log-in info. for USDC, Northern:
ECF Login:
name:         kortum
password:     32<tylaf