# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC.

**SUMMONS IN A CIVIL CASE**

V.

CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.

CASE NUMBER: **CV 07 5824 JSW**

TO: (Name and address of defendant)
CHEVRON U.S.A., INC.
Agent for Service of Process
The Prentice-Hall Corporation System, inc.
P.O. Box 526036, Sacramento, CA 95852
or
6001 Bollinger Canyon Road
San Ramon, CA 94583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

DATE   NOV 1 5 2007

NDCAO440


| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ARCHER NORRIS<br>2033 NORTH MAIN STREET<br>SUITE #800<br>WALNUT CREEK   CA 94596 | 925.930-6600 | |
| | Ref. No. or File No. | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:
SPPI vs CHEVRON

| 075053 | DATE: | TIME: | DEPT./DIV. | CASE NUMBER:<br>CV07-5824 JSW |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY; WELCOME MEMO; ECF REGISTRATION HANDOUT; NOTICE OF RELATED CASES; RELATED CASE ORDER

ON: CHEVRON U.S.A., INC.

AT: PRENTICE-HALL CORPORATION
    2730 GATEWAY OAKS DR #100
    SACRAMENTO    CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

Becky DeGeorge

WHOSE TITLE IS: Agent for Service

ON: 2/4/8   AT: 1:08pm.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: Jeff King          FEE FOR SERVICE:    .00

Carson Attorney Service
P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708
Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server
(1) ☐ Employee  ☒ Independent contractor
(2) Registration No. 2006-60
(3) County: Sacramento
(4) Expiration Date:

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: FEB 0 8 2008     ►     SIGNATURE

Printed on Recycled Paper