Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
Attorneys At Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone:   (925) 930-6600
Facsimile:   (925) 930-6620

Attorneys for Plaintiffs SPPI SOMERSVILLE, INC.,
SOMERSVILLE-GENTRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., SOMERSVILLE-GENTRY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.,<br><br>Defendant. | NO. C 07-05824 SI<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER |

**RECITALS**

A.  On November 15, 2007, plaintiffs SPPI-Somersville, Inc. and Somersville-Gentry, Inc. ("Plaintiffs") filed their Complaint for Recovery of Response Costs under CERCLA § 107; Contribution under CERCLA; Declaratory Relief under Federal Law; Private Continuing Nuisance; Continuing Trespass; Non-Disclosure; and Declaratory Relief under State Law ("Complaint," Dkt. 1) in this action.

B.  On February 4, 2008, Plaintiffs served the Complaint on defendant Chevron U.S.A., Inc. ("Chevron").

C.  On February 12, 2008, Plaintiffs agreed to extend, by 30 days, the time for Chevron to respond to the Complaint, resulting in a response date of March 26, 2008.

D.  In the First Joint Case Management Conference Statement (Dkt. 10) filed on February 29, 2008, Plaintiffs stated they may amend the Complaint to add a cause of action under

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/637206-1

1

Stipulation To Extend Time To Respond To Complaint –
Case No. C 07-05824 SI

the Resource Conservation and Recovery Act ("RCRA"), which amendment could be accomplished in March 2008. So that Chevron would not be required to respond to successive complaints, Plaintiffs have agreed to notify Chevron by March 12, 2008 whether they intend to file an amended complaint to add a RCRA claim and, if so, Plaintiffs will file such amended complaint, as of right, by no later than March 26, 2008.

## STIPULATION

Plaintiffs and Chevron, by their respective attorneys of record, hereby stipulate as follows and request the Court enter an order embodying their stipulation:

1. The parties agree that the due date for Chevron to respond to the Complaint shall be March 26, 2008.

2. The parties further agree that Plaintiffs shall notify Chevron, by March 12, 2008, whether they intend to file an amended complaint to add a RCRA claim; if so, Plaintiffs will file such amended complaint, as of right, by no later than March 26, 2008.

Dated: March 5, 2008                ARCHER NORRIS

*/s/ John L. Kortum*
John L. Kortum
Attorneys for Plaintiffs
SPPI-SOMERSVILLE INC. and
SOMERSVILLE-GENTRY INC.

Dated: March 5, 2008                PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Blaine I. Green*
Blaine I. Green
Attorneys for Defendant
CHEVRON U.S.A., INC.

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/637206-1

Stipulation To Extend Time To Respond To Complaint –
Case No. C 07-05824 SI

2

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The due date for Chevron to respond to the Complaint shall be March 26, 2008.

2. The Plaintiffs shall notify Chevron, by March 12, 2008, whether they intend to file an amended complaint to add a RCRA claim. If so, Plaintiffs will file such amended complaint by no later than March 26, 2008.

Dated: March __, 2008.

_____
Hon. Susan Illston
United States District Judge

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/637206-1

Stipulation To Extend Time To Respond To Complaint –
Case No. C 07-05824 SI

3