# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SPPI-SOMERSVILLE INC.,
SOMERSVILLE-GENTRY INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C 04-2648

TRC COMPANIES, INC.; GBF HOLDINGS
LLC, ET AL.

TO: (Name and address of defendant)
CITY OF PITTSBURG
Civic Center
65 Civic Avenue
Pittsburg, CA 94565

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter W. McGaw (#104691
John L. Kortum (#148573)
Archer Norris
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
(925) 930-6600

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

(BY) DEPUTY CLERK

NDCAO440