**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/7/08

Case No.   C-07-5824 SI          Judge:   SUSAN ILLSTON

Title: SPPI-SOMMERSVILLE  -v-  TRC

Attorneys: Kortum          B. Green, P. Tonglau (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)  Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN  ( ) SUBMITTED
                                    PART

Case continued to **6/6/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to   @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Plaintiff shall file an amended complaint on 3/26/08.  The parties in this action stipulate to try this case on the same track as C-04-2225.