1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BLAINE I. GREEN  #193028
2   blaine.green@pillsburylaw.com
    JEFFREY S. JACOBI  #252884
3   jeffrey.jacobi@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendant
7   CHEVRON U.S.A., INC.

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12   SPPI-SOMERSVILLE INC.,                    Case No. C 07-5824 SI)
     SOMERSVILLE-GENTRY INC.;
13                                             **PROOF OF SERVICE BY HAND
                              Plaintiffs,      DELIVERY**
14
15        vs.                                  Judge:     Hon. Susan Illston
                                               Location:  Courtroom 10, 19th Floor
16   CHEVRON U.S.A., INC., as successor to     Date:      April 25, 2008
     Standard Oil of California, Inc.,         Time:      9:00 a.m.
17
                              Defendant.
18

19

20

21

22

23

24

25

26

27

28

1    Docket No. C 07-5824 SI

2    PROOF OF SERVICE BY HAND DELIVERY

3    I, Linda A. Sabau, the undersigned, hereby declare as follows:

4    1.    I am over the age of 18 years and am not a party to the within cause.  I am

5    employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

6    California.

7    2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8    My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

9    3.    On April 7, 2008, I served a true copy of the attached document(s) titled

10   exactly **DEFENDANT CHEVRON U.S.A., INC.'S OPPOSITION TO MOTION FOR**

11   **CONSOLIDATION** by placing it/them in an addressed sealed envelope clearly labeled to

12   identify the attorney being served at the address shown below and delivering it to the

13   attorney, or to the office of the attorney and leaving it with a receptionist or other person

14   having charge thereof, or (if there was no such person at the office) by leaving it between 9

15   A.M. and 5 P.M. in a conspicuous place in the office.  Such service was effected on the

16   following attorneys:

17   **[See Attached Service List]**

18

19   I declare under penalty of perjury that the foregoing is true and correct.  Executed

20   this 7th day of April, 2008, at San Francisco, California.

21

22   _____

                    /s/ Linda A. Sabau

23                  Linda A. Sabau

24

25

26

27

28

## Service List

1

2      Lee A. Archer
       Archer Norris
3      Attorneys at Law
       2033 North Main Street
4      Suite 800
       Walnut Creek, CA 94596
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28