1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BLAINE I. GREEN #193028
2   blaine.green@pillsburylaw.com
    JEFFREY S. JACOBI #252884
3   jeffrey.jacobi@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA 94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendant
7   CHEVRON U.S.A., INC.

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11

12   SPPI-SOMERSVILLE INC.,                    Case No. C 07-5824 SI)
     SOMERSVILLE-GENTRY INC.,
13
                                               **AMENDED PROOF OF SERVICE,**
14                          Plaintiffs,         **BY HAND DELIVERY, OF**
                                               **DEFENDANT CHEVRON U.S.A.,**
15        vs.                                  **INC.'S OPPOSITION TO MOTION**
                                               **FOR CONSOLIDATION**
16   CHEVRON U.S.A., INC., as successor to
     Standard Oil of California, Inc.,         Judge:      Hon. Susan Illston
17                                             Location:   Courtroom 10, 19th Floor
                            Defendant.         Date:       April 25, 2008
18                                             Time:       9:00 a.m.

19

20

21

22

23

24

25

26

27

28

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>Attorney for Defendant CHEVRON U.S.A. Inc.<br>Blaine I. Green SBN 193028<br>Jeffrey S. Jacobi SBN 252884<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Freemont Street<br>San Francisco, CA 94120-7880 | FOR COURT USE ONLY |
|---|---|
| REFERENCE NUMBER: | |

Insert name of court, judicial district or branch court, if any, and post office and street address

United States District Court Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94109

SPPI-Somersville Inc., Somersville-Gentry Inc., vs. Chevron U.S.A., Inc., as successor to Standard Oil of California, Inc.

| **PROOF OF SERVICE** | DATE:<br>04/07/2008 | TIME:<br>12:30 P.M. | DEPT/DIV: | CASE NUMBER:<br>C07-5824-SI  *04-2648 SI* |
|---|---|---|---|---|

1.    At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the following documents:  Defendant Chevron U.S.A., Inc.'s Opposition To Motion For Consolidation

2.    A. Party Served:    Downey Brand, LLP

      B. Person Served:   Clifton J. McFarland, By Nicole Anton, Receptionist, Authorized To Accept Service

      C. Address:         555 Capitol Mall, Tenth Floor
                          Sacramento, CA 95814

3.    I served the party named in item 2
      A.        By: Personal Service

(1) On: 04/07/2008
(2) At: 12:30 P.M. PDT

I declare under penalty of perjury that the foregoing is true and correct

Registered: Sacramento County          and that this declaration was executed
Number:    2005-35                      On:.  . 04/07/2008. . . . . . . . . . . . .



| Capitol Couriers, Inc.<br>3000 T Street, Suite 200<br>Sacramento, CA 95816 (916) 451-3697 | Signature: _____<br>Name:  Scott Oliver<br>Title:    Process Server |
|---|---|

at: Sacramento, California

# PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP     Tel: (415) 983-1000 | | | | |
| BLAINE I. GREEN #193028 | | | | |
| blaine.green@pillsburylaw.com | | | | |
| JEFFREY S. JACOBI #252884 | | | | |
| jeffrey.jacobi@pillsburylaw.com | | | | |
| 50 Fremont Street | | | | |
| Post Office Box 7880 | | | | |
| San Francisco, CA. 94120-7880 | | | | |
| Attorneys for Defendant: | | | | |
| CHEVRON U.S.A., INC. | | | | |
| Ref: 3017396 | | | | |
| United States District Court Northern District of California | | | | |
| Plaintiffs: SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC., vs. Defendant: CHEVRON U.S.A., INC., as a successor to Standard Oil of California, Inc., | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER: C 07-5824-si 04-2648 SI |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    DEFENDANT CHEVRON U.S.A., INC.'S OPPOSITION TO MOTION FOR CONSOLIDATION; PROOF OF SERVICE

2. a. Party served:    Earl Hagstrom, SEDGWICK, DETERT, MORAN & ARNOLD, LLP

   b. Witness served:    L. Ochoa accepted service for: SEDGWICK, DETERT, MORAN & ARNOLD, LLP

   c. Address:    1 MARKET PLAZA, STEUART TOWER 8th Floor
              SAN FRANCISCO, CALIFORNIA 94105

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:  04/07/08              (2) at:  11:40 a.m.

4. I received this documents for service on (date): 04/07/08

5. Person serving:

IAN SULLIVAN
NATIONWIDE LEGAL, INC,                    a. Fee for service $
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: April 7, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP Tel: (415) 983-1000<br>BLAINE I. GREEN #193028<br>blaine.green@pillsburylaw.com<br>JEFFREY S. JACOBI #252884<br>jeffrey.jacobi@pillsburylaw.com<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA. 94120-7880<br>Attorneys for Defendant:<br>CHEVRON U.S.A., INC.<br>Ref: 3017398 | |

| United States District Court Northern District of California |
|---|
| Plaintiffs: SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC., vs.<br>Defendant: CHEVRON U.S.A., INC., as a successor to Standard Oil of<br>California, Inc., |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 07-5824-si  04-2648 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

> DEFENDANT CHEVRON U.S.A., INC.'S OPPOSITION TO MOTION FOR CONSOLIDATION;
> PROOF OF SERVICE

2. a. Party served:   Law Offices of: BASSI & MARTINI

   b. Witness served:   Cassandra M. accepted service for: Law Offices of: BASSI & MARTINI

   c. Address:   351 CALIFORNIA STREET
      SAN FRANCISCO, CA. 94104

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:  04/07/08                    (2) at:  11:33 a.m.

4. I received this documents for service on (date):  04/07/08

5. Person serving:

IAN SULLIVAN
NATIONWIDE LEGAL, INC,                          a. Fee for service $
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information
   contained in the Proof of Service is true and correct.

Date: April 7, 2008                          _____

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP   Tel: (415) 983-1000 <br> BLAINE I. GREEN #193028 <br> blaine.green@pillsburylaw.com <br> JEFFREY S. JACOBI #252884 <br> jeffrey.jacobi@pillsburylaw.com <br> 50 Fremont Street <br> Post Office Box 7880 <br> San Francisco, CA. 94120-7880 <br> Attorneys for Defendant: <br> CHEVRON U.S.A., INC. <br> Ref: 3017399 | |

| United States District Court Northern District of California |
|---|
| Plaintiffs: SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC., vs. <br> Defendant: CHEVRON U.S.A., INC., as a successor to Standard Oil of California, Inc., |

| PROOF OF SERVICE | DATE: | TIME: | DEPT | CASE NUMBER: <br> C-07-5824-si   04-2648 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   DEFENDANT CHEVRON U.S.A., INC.'S OPPOSITION TO MOTION FOR CONSOLIDATION;
   PROOF OF SERVICE

2. a. Party served:      Law Offices of Archer & Norris

   b. Witness served:    Pat Kost accepted service for: Law Offices of Archer & Norris

   c. Address:           2033 North Main Street
                         Walnut Creek, CA. 94596

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on: 04/07/08                    (2) at: 2:00 p.m.

4. I received this documents for service on (date): 04/07/08

5. Person serving:

LORRAINE LIMUTAU
NATIONWIDE LEGAL, INC.                          a. Fee for service $
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information
   contained in the Proof of Service is true and correct.
Date: April 7, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE

United States District Court for the Northern District of California

SPPI-Somerville, Inc., et al.                    )
                                                  )
                                                  )
                                                  )
                          Plaintiff(s)            )   Case No.: C 07-5824-SI   04-2648 SI
                                                  )
                                                  )
                          v.                      )
                                                  )
Chevron USA, Inc., as successor to Standard Oil Of )
California, Inc.                                   )
                                                  )
                          Defendant               )

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Defendant Chevron USA, Inc.'s Opposition to Motion for Consolidation; Proof of Service By Hand Delivery; and Service List on Pamela S. Tonglao in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on April 07, 2008 at 4:15 PM, I served the within Defendant Chevron USA, Inc.'s Opposition to Motion for Consolidation; Proof of Service By Hand Delivery; and Service List on Pamela S. Tonglao at US Department of Justice, Environmental Defense Section, 601 D Street, NW, Patrick Henry Building 8532, Washington, DC 20530 by serving Henry Dansby, Mailroom Clerk, authorized to accept. Described herein:

Gender: Male   Race/Skin: Black   Hair: Black   Glasses: No   Approx. Age: 28   Height: 5'10"   Weight: 165

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

_____
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___7th___ day of ___April___, 2008.

_____   My Commission Expires: 03-31-09
Notary Public
Angela H. Croson