EXHIBIT A

THIS LEASE, dated the 6th day of December, 1957, by and between STANDARD OIL COMPANY OF CALIFORNIA, WESTERN OPERATIONS, INC., a corporation, hereinafter termed Lessor, and CITY OF ANTIOCH, a municipal corporation, hereinafter termed Lessee,

## W I T N E S S E T H:

That Lessor does hereby lease, let and demise unto Lessee the surface rights only to that certain parcel of land situate in Section 27, Township 2 North, Range 1 East, M.D.B.& M., County of Contra Costa, State of California, as outlined in red on the attached drawing, subject to the reservations hereinafter made, subject to the terms and conditions hereinafter contained to be kept and performed by Lessee, and subject to revocation and cancellation as hereinafter provided.

Said land shall be used exclusively for the disposal of garbage and refuse, it being understood, however, that there shall be no burning on said land, but that disposal shall be conducted by the sanitary land filling method which consists of compaction and daily sealing of the cell by depositing approximately six inches of earth on the top and the open end of said cell; provided, however, that such filling, including the earth covering, shall not exceed two feet above ground level existing as of the date hereof.

This lease shall be for a period of one year from January 1, 1958, and thereafter until 90 days' notice in writing from either party to the other of an intention to terminate the same.

Lessee agrees to pay Lessor as rental hereunder the sum of Fifty-five and 00/100 Dollars ($55.00) a year commencing ~~January 1, 1958~~ December 10, 1957, payable yearly in advance on the first day of ~~January~~ December.

Lessee specifically agrees that it will, at its own cost and expense, maintain the fence along the southerly boundary of said land. Should Lessee elect to construct any additional fencing of said land, Lessee shall bear all costs incidental to the construction and maintenance thereof.

Lessee shall not assign this lease, or any part thereof, or interest therein, or sublet or underlet the demised premises, in whole or in part, without the written consent of Lessor; no written consent by Lessor hereunder shall be deemed a waiver by Lessor of any of the provisions hereof, except to the extent of such consent. Neither shall Lessee permit anyone to occupy said premises or any part thereof in place and stead of Lessee.

Lessee, at Lessee's own cost and expense, shall at all times keep the demised premises and any buildings or structures placed thereon in good order and repair, in a neat, safe, sanitary condition, free from waste and damage.

Lessee covenants and agrees to fully pay for all materials joined or affixed to the demised premises, for all labor performed thereon, and all charges against any buildings, structures or other property or improvements upon said land, at Lessee's instance or request, and not to permit or suffer any lien of any kind or nature to be imposed or enforced against said premises for any work done or material furnished thereon.

Lessee agrees to hold Lessor and its present and future subsidiaries harmless from and to indemnify them against any and all damage to or loss of any buildings, structures or other property, or injury to or death of person, that directly or indirectly may be caused by or arise or result from Lessee's occupancy or use of said premises, or the enjoyment of any of the rights herein, or the breach by Lessee of any of Lessee's obligations hereunder, irrespective of any negligence of Lessor. Lessee also agrees to hold Lessor and its present and future subsidiaries harmless from and to indemnify them against any claim for damage to or loss of any buildings, structures, improvements or other property of Lessee in, on, and about said premises, or injury to or death of any person on said premises on behalf of or at the invitation of Lessee, whether such claim arise out of the negligence of Lessor or its present or future subsidiaries, or otherwise.

The waiver by Lessor of any breach of any covenant or promise to be

SPLC006631

- 1 -

0272-7RR

kept or performed by Lessee shall not be construed to be a waiver of a subsequent breach of the same covenant or promise or a waiver of the breach of any other covenant or promise of this lease.

Lessor reserves unto itself, its present subsidiaries, and their respective successors, assigns and permittees, the right at any time, and from time to time, to lay, construct, maintain, operate, repair, renew, change the size of, and remove pipe lines for the transportation of oil, petroleum, gas, gasoline, water or other substances and to erect, maintain, operate, repair, renew, and remove pole lines for telephone, telegraph and power purposes, in, under, along and across the demised premises, with the right of ingress and egress thereto and therefrom, and also the right to operate the land in the immediate vicinity thereof and drill the same, or any part thereof, for oil, petroleum, gas, water, or other substances, during the said term without let or hindrance from said Lessee; and each and all of the rights hereby reserved shall inure to the benefit of future subsidiaries of Lessor.

This lease is made subject to all valid and existing licenses, leases, grants, exceptions and reservations affecting the demised premises.

The terms and conditions of this lease shall inure to the benefit of Lessor's principal, Standard Oil Company of California, as well as to Lessor, and the word "Lessor" in this lease shall include said Standard Oil Company of California.

IN WITNESS WHEREOF, the parties hereto have executed these presents.

STANDARD OIL COMPANY OF CALIFORNIA,
WESTERN OPERATIONS, INC.

By _____
Assistant Manager, Real Estate
and Right of Way Department

CITY OF ANTIOCH
By _____
Mayor

ATTEST:   By _____

SPLC006632

- 2 -

0272-7 RR