```
1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN  #193028
2  blaine.green@pillsburylaw.com
   JEFFREY S. JACOBI  #252884
3  jeffrey.jacobi@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Defendant
7  CHEVRON U.S.A., INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.,<br><br>Defendant.<br><br>CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.,<br><br>Counter-complainant,<br><br>vs.<br><br>SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC.,<br><br>Counter-defendants. | Case No. C 07-5824 SI<br>(related to Case No. C 04-2225 SI and Case No. C 04-2648 SI)<br><br>**PROOF OF SERVICE VIA U.S. MAIL** |

Docket No. C 07-5824 SI

PROOF OF SERVICE BY MAIL

I, Susan B. Johnson, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On April 14, 2008, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly Answer of Defendant Chevron U.S.A., Inc. to First Amended Complaint; and Counterclaims by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Lee A. Archer
Archer Norris
Attorneys at Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April, 2008, at San Francisco, California.

_____
Susan B. Johnson