| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BLAINE I. GREEN  #193028 |
| 2 | blaine.green@pillsburylaw.com |
| | JEFFREY S. JACOBI  #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for Defendant |
| | CHEVRON U.S.A., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPPI-SOMERSVILLE INC.,
SOMERSVILLE-GENTRY INC.,

                Plaintiffs,

   vs.

TRC COMPANIES, INC., GBF HOLDINGS LLC, et al.,

                Defendants.

SPPI-SOMERSVILLE INC.,
SOMERSVILLE-GENTRY INC.,

                Plaintiffs,

   vs.

CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.,

                Defendant.

Case No. C 07-5824 SI (consolidated with Case No. C 04-2648 SI)

**DEFENDANT CHEVRON U.S.A. INC.'S JOINDER IN DEFENDANTS' OPPOSITION TO CONSOLIDATION; CHEVRON U.S.A. INC.'S NON-OPPOSITION TO BIFURCATION**

Def. Chevron U.S.A.'s Joinder in Opp. to
Consolidation and Non-Opposition to Bifurcation
Case No. C-07-05824 SI, consol. with Case No. 04-2648 SI

1   Defendant Chevron USA, Inc. ("Chevron") joins in the Defendants' Joint
2   Opposition ("Joint Opposition") to Plaintiffs SPPI Somersville, Inc.'s and Somersville
3   Gentry, Inc.'s, and Plaintiffs West Coast Home Builders, Inc.'s, joint motion to consolidate
4   cases 04-2648 ("SPPI") and 07-5824 ("the Chevron case") with case number 04-2225 ("the
5   West Coast case").
6   Chevron does not, however, oppose Plaintiffs' motion to bifurcate the issues of
7   subsurface groundwater contamination and shallow-soil contamination in the SPPI and
8   Chevron cases.  In fact, these issues should be bifurcated to avoid confusion and prejudice
9   to Chevron and the other parties.
10
11  **JOINDER IN OPPOSING CONSOLIDATION**
12  As more fully set forth in the Joint Opposition, consolidation of the Chevron case
13  and the West Coast case is unwarranted because they are unrelated and share no common
14  questions of law or fact.  The West Coast case is exclusively a groundwater case, (West
15  Coast Complaint at ¶ 50), whereas the Chevron case is entirely a solid waste case, (Chevron
16  Complaint at ¶¶ 12, 14-15, 17-18, & 20).  The parties to the cases do not overlap at all—
17  Chevron is the only defendant in the Chevron case and is not a party to the West Coast
18  Case—and the properties involved are different.  Further, the risk of confusion and
19  prejudice to Chevron, as well as the other parties, outweighs any claimed benefit of
20  consolidation.
21
22  **NON-OPPOSITION TO BIFURCATION**
23  Plaintiffs' motion also seeks to bifurcate for trial the claims of subsurface
24  groundwater contamination from the claims of shallow-soil contamination. (Notice of
25  Motion and Motion to Consolidate and Bifurcate at 2, lines 7-12).  Plaintiffs contend that
26  the issues of groundwater and shallow-soil contamination are clearly separable, and that
27  bifurcation would minimize juror confusion. (Plaintiffs' Joint Memorandum of Points &
28  Authorities in Support of Motions to Consolidate and Bifurcate at 6:15-16.)  Plaintiffs also

- 1 -    Def. Chevron U.S.A.'s Joinder in Opposition to
Consolidation and Non-Opposition to Bifurcation
Case No. C-07-05824 SI, consol. with Case No. 04-2648 SI

1  argue that discovery costs will be reduced through bifurcation.  (*Id.* at 2:19-21.)  Plaintiffs

2  are correct in this regard, and Chevron does not oppose bifurcation of groundwater and

3  shallow-soil contamination issues.

4        Indeed, Chevron supports bifurcation of the groundwater and shallow-soil

5  contamination issues in the Chevron and SPPI cases as necessary to avoid prejudice and

6  jury confusion.  Absent such bifurcation, Chevron would be lumped with all the defendants

7  against whom groundwater contamination is alleged, falsely associating groundwater

8  contamination with Chevron.  The issues of groundwater contamination and shallow-soil

9  contamination are clearly distinct injuries, as alleged by Plaintiffs, that are appropriate for

10  separate consideration in the Chevron and SPPI cases.

11        Dated:  May 23, 2008.

12

13  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BLAINE I. GREEN
    JEFFREY S. JACOBI
14      50 Fremont Street
    Post Office Box 7880
15      San Francisco, CA  94120-7880

16

    By  */s/ Blaine I. Green*
17            Blaine I. Green
    Attorneys for Defendant CHEVRON U.S.A., INC.

18

19

20

21

22

23

24

25

26

27

28

- 2 -     Def. Chevron U.S.A.'s Joinder in Opposition to
Consolidation and Non-Opposition to Bifurcation
Case No. C-07-05824 SI, consol. with Case No. 04-2648 SI