UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPPI-SOMERSVILLE, INC., et al.,

        Plaintiff(s),

   v.

CHEVRON U.S.A., INC.,

        Defendant(s).

Case No. 07-5824 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

(Consolidated with Case No. 04-2648 SI)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 05/30/2008

                                           */s/ Michael J. Steinbrecher*
                                           [Party]

Dated: 05/30/2008

                                           /s/
                                           [Counsel]
                                           Pillsbury Winthrop Shaw Pittman LLP
                                           Blaine I. Green
                                           Attorneys for Defendant
                                           Chevron U.S.A. Inc.