1   PILLSBURY WINTHROP SHAW PITTMAN LLP
        BLAINE I. GREEN  #193028
2   blaine.green@pillsburylaw.com
        JEFFREY S. JACOBI  #252884
3   jeffrey.jacobi@pillsburylaw.com
        50 Fremont Street
4   Post Office Box 7880
        San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
        Facsimile: (415) 983-1200

6

        Attorneys for Defendant
7   CHEVRON U.S.A., INC.

8             UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12   SPPI-SOMERSVILLE INC.,<br>13   SOMERSVILLE-GENTRY INC., | Case No. C 07-5824 SI<br>(related to Case No. C 04-2225 SI and<br>Case No. C 04-2648 SI) |
| 14              Plaintiffs, | |
| 15     vs. | **PROOF OF SERVICE VIA U.S.<br>MAIL** |
| 16   CHEVRON U.S.A., INC., as successor to<br>    Standard Oil of California, Inc., | |
| 17              Defendant. | |
| 18 | |
| 19   CHEVRON U.S.A., INC., as successor to<br>    Standard Oil of California, Inc., | |
| 20 | |
| 21            Counter-complainant, | |
|     vs. | |
| 22   SPPI-SOMERSVILLE INC.,<br>23   SOMERSVILLE-GENTRY INC., | |
| 24            Counter-defendants. | |

25

26

27

28

1    Docket No. C 07-5824 SI and C 04-2648 SI

2    <u>PROOF OF SERVICE BY MAIL</u>

3    I, Susan B. Johnson, the undersigned, hereby declare as follows:

4    1.    I am over the age of 18 years and am not a party to the within cause.  I am

5    employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State

6    of California.

7    2.    My  business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8    My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

9    3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

10   collection and processing of correspondence for mailing with the United States Postal

11   Service; in the ordinary course of business, correspondence placed in interoffice mail is

12   deposited with the United States Postal Service with first class postage thereon fully

13   prepaid on the same day it is placed for collection and mailing.

14   4.    On May 30, 2008, at 50 Fremont Street, San Francisco, California, I served a

15   true copy of the attached document(s) titled exactly ADR Certification by Parties and

16   Counsel by placing it/them in an addressed, sealed envelope clearly labeled to identify the

17   person being served at the address shown below and placed in interoffice mail for collection

18   and deposit in the United States Postal Service on that date following ordinary business

19   practices:

20

21   Lee A. Archer                          Michele Leigh Maryott
     Archer Norris                          Gibson Dunn & Crutcher LLP
     Attorneys at Law                       333 South Grand Avenue
22   2033 North Main Street, Suite 800      Los Angeles, CA  90071
     Walnut Creek, CA  94596-3728
23

24   Scott N. Schools
     Federal Building
25   450 Golden Gate Avenue, 9th Floor
     San Francisco, CA  94102
26

27

28

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed

2 this 30th day of May, 2008, at San Francisco, California.

3

4

5                Susan B. Johnson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28