1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN  #193028
2  blaine.green@pillsburylaw.com
   JEFFREY S. JACOBI  #252884
3  jeffrey.jacobi@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Defendant
7  CHEVRON U.S.A. INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  SPPI-SOMERSVILLE INC.,
    SOMERSVILLE-GENTRY INC.,
13
14                       Plaintiffs,

15      vs.

16  TRC COMPANIES, INC., GBF
    HOLDINGS LLC, et al.,
17
                         Defendants.
18

19  SPPI-SOMERSVILLE INC.,                    Case No. C 07-5824 SI (consolidated with
    SOMERSVILLE-GENTRY INC.,                  Case No. C 04-2648 SI)
20
21                       Plaintiffs,          **DEFENDANT CHEVRON U.S.A.
                                              INC.'S STATEMENT OF NON-
22      vs.                                   OPPOSITION TO TRC COMPANIES'
                                              REQUEST FOR PROTECTIVE
23  CHEVRON U.S.A., INC., as successor to     ORDER**
    Standard Oil of California, Inc.,
24
                         Defendant.
25

26

27

28

701186109v1                                  Defendant Chevron U.S.A.'s Non-Opposition to
                                             TRC Companies' Request for Protective Order
                                             Case No. C-07-05824 SI, consol. with Case No. 04-2648 SI

1    Defendant Chevron U.S.A. Inc. does not oppose the request for protective order
2 submitted by Defendants TRC Companies, Inc. and GBF Holdings, LLC (Dkt. 182).
3    Dated: July 24, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN
JEFFREY S. JACOBI
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By ____/s/ Blaine I. Green____
        Blaine I. Green
Attorneys for Defendant CHEVRON U.S.A. INC.

701186109v1    - 1 -   Defendant Chevron U.S.A.'s Non-Opposition to
TRC Companies' Request for Protective Order
Case No. C-07-05824 SI, consol. with Case No. 04-2648 SI