DOWNEY BRAND LLP
CLIFTON J. McFARLAND   (Bar No. 136940)
ANDREW L. COLLIER      (Bar No. 191137)
GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cmcfarland@downeybrand.com
acollier@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendants
TRC Companies, Inc., and GBF Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI -- SOMERSVILLE, INC., SOMERSVILLE GENTRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRC COMPANIES, INC., GBF HOLDINGS, LLC, et al., <br><br> Defendants. | Case No.  C 04-2648 SI <br><br> (Consolidated with No. C 07-5824 SI) <br><br> (Related to No. C 04-2225 SI) <br><br><br><br> **JOINT STIPULATION OF ALL PARTIES TO CORRECT SCHEDULE AND [PROPOSED] ORDER** |
| SPPI -- SOMERSVILLE, INC., SOMERSVILLE GENTRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON USA, INC., as successor to Standard Oil California, Inc. <br><br> Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rules 6 and 7-12, all parties

in the above-captioned matters hereby stipulate to the following facts and join in the request to

correct the pretrial schedule and trial date.

In its April 22, 2008, Order consolidating *SPPI Somersville, et al., v. TRC, et al*, (04-

2648) with *SPPI-Somersville, et al., v. Chevron* (07-5824), this Court ordered the Plaintiffs to file

1   a master complaint covering both actions and indicated that the "Court and the parties will set a

2   pretrial schedule for the consolidated cases at the June 6, 2008 case management conference."

3   Order at 2, lines 11-12 (Case No. 07-5248, Docket No. 26).  Given the newly consolidated actions

4   and the various parties added over time, it was apparent that the Court would vacate the

5   November 2008, trial date and the related schedule it had set for the *SPPI* case in February of

6   2007.  *See* Pretrial Preparation Order (Case No. 04-2648, Docket No. 79).

7       In advance of that status conference, the parties filed a joint case management conference

8   with this Court suggesting that the Court simply adopt the trial schedule it had previously set in

9   the *Chevron* case, No. 07-5248.  *See* First Joint Case Management Conference Statement in

10  Consolidated Action, (Case No. 04-2648, Docket No. 179).  At the June 6, 2008, joint case

11  management conference, the Court and the parties agreed that the *Chevron* deadlines would

12  control.  As such, the new pretrial schedule should be:

13      April 3, 2009: Designation of Experts

14      April 24, 2009: Designation of Rebuttal Experts

15      June 26, 2009: Non-Expert Discovery Cutoff

16      June 26, 2009: Expert Discovery Cutoff

17      July 3, 2009: Last Day to File Dispositive Motions

18      July 17, 2009: Last Day to File Oppositions to Dispositive Motions

19      July 24, 2009: Last Day to File Replies in Support of Dispositive Motions

20      August 7, 2009: Last Day for Hearing on Dispositive Motions

21      September 22, 2009: Pretrial Conference Date (at 3:30 PM)

22      October 5, 2009: Trial Date (at 8:30 AM)

23  This schedule was and remains acceptable to all parties.

24      Following the case management conference, however, the Court inadvertently re-issued

25  the old, February 2007 schedule in attempting to memorialize the June 6 status conference on the

26  docket.[1]  That schedule includes dates that had already passed and retained the trial date for

27

28  [1]  To conform the docket with the schedule ordered at the CMC, this stipulation and order supersede docket entry #180 in Case No. 04-2648.

943010.1                                                        2

1    November 2008.  This appears to have been inadvertent, and can be corrected by stipulation.

2          As such, the parties respectfully request that the Court approve this stipulation and

3    confirm the following schedule for Case No. 04-2648 (consolidated with No. C 07-5824 SI):

4          April 3, 2009: Designation of Experts

5          April 24, 2009: Designation of Rebuttal Experts

6          June 26, 2009: Non-Expert Discovery Cutoff

7          June 26, 2009: Expert Discovery Cutoff

8          July 3, 2009: Last Day to File Dispositive Motions

9          July 17, 2009: Last Day to File Oppositions to Dispositive Motions

10         July 24, 2009: Last Day to File Replies in Support of Dispositive Motions

11         August 7, 2009: Last Day for Hearing on Dispositive Motions

12         September 22, 2009: Pretrial Conference Date (at 3:30 PM)

13         October 5, 2009: Trial Date (at 8:30 AM)

14   Respectfully Submitted,

15   DATED:  July 29, 2008                    DOWNEY BRAND LLP

16

17                                            By:_____/s/ Clifton McFarland_____
                                                  CLIFTON J. MCFARLAND
18                                                Attorneys for Defendants
                                              TRC COMPANIES INC. & GBF HOLDINGS
19                                            LLC, AND GENERATOR DEFENDANTS

20   DATED:  July 29, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD

21

22                                            By:_____/s/ Earl Hagström_____
                                                  EARL HAGSTRÖM
23                                                Attorneys for Defendant
                                                  CITY OF ANTIOCH

24

25

26

27

28

943010.1                                      3

JOINT STIPULATION OF ALL PARTIES TO CORRECT SCHEDULE

DATED:  July 29, 2008                    BASSI, MARTINI, EDLIN, & BLUM


                                          By:_____/s/ Fred Blum_____
                                                    FRED M. BLUM
                                                Attorneys for Defendants
                                            CITY OF PITTSBURG, CA and
                                          CONTRA COSTA WASTE SERVICE, INC., ET
                                                        AL.

DATED:  July 29, 2008                    PILLSBURY WINTHROP SHAW PITTMAN LLP


                                          By:_____/s/ Blaine Green_____
                                                    BLAINE I. GREEN
                                                Attorneys for Defendant
                                                CHEVRON U.S.A. INC.


DATED:  July 29, 2008                    RONALD J. TENPAS
                                         Assistant Attorney General
                                         Environment & Natural Resources Division
                                         United States Department of Justice


                                          By:_____/s/ Leslie Hill_____
                                                    LESLIE M. HILL
                                             Attorneys for Federal Defendants


DATED:  July 29, 2008                    ARCHER NORRIS


                                          By:_____/s/ Peter McGaw_____
                                                    PETER W. McGAW
                                                Attorneys for Plaintiffs
                                            SPPI-SOMERSVILLE, INC., and
                                             SOMERSVILLE-GENTRY, INC.

943010.1                                         4

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: _____

_____
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF ALL PARTIES TO CORRECT SCHEDULE