AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE ATTACHED FOR FULL CAPTION )<br>)<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>)<br>)<br>)<br>Defendant ) | Third Party Complaint<br>Civil Action No. C 07-5824 SI<br>(Consolidated with Case No. C 04-2648 SI) |

**Summons in a Civil Action**

To: CITY OF ANTIOCH, Attn: City Clerk, City Hall, Third & "H" Street, Antioch, CA 94596

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN #193028
blaine.green@pillsburylaw.com
JEFFREY S. JACOBI #252884
jeffrey.jacobi@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 08/07/08

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                                              _____
                                                                        Server's signature

                                                              _____
                                                                       Printed name and title

                                                              _____
                                                                         Server's address

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., SOMERSVILLE-GENTRY, INC.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TRC COMPANIES, INC.; GBF HOLDINGS LLC, et al.,<br><br>                    Defendants,<br><br>SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.,<br><br>                  Defendant.<br><br>CHEVRON U.S.A. INC., as successor to Standard Oil of California, Inc.,<br><br>                  Third-Party Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH,<br><br>                  Third-Party Defendant. | Case No. C 07-5824 SI<br>(Consolidated with<br>Case No. C 04-2648 SI)<br><br>**SUMMONS IN A CIVIL CASE** |

701211652v1