1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   EARL L. HAGSTRÖM  Bar No. 150958
2  earl.hagstrom@sdma.com
   MATTHEW G. DUDLEY  Bar No. 179022
3  matthew.dudley@sdma.com
   KELLY J. LACK Bar No. 226674
4  kelly.lack@sdma.com
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
7
   Attorneys for Third-Party Defendant
8  CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRC COMPANIES, INC.; GBF HOLDINGS, LLC, et al., <br><br> Defendants. | |
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON U.S.A. INC., as successor to Standard Oil of California, Inc., <br><br> Defendants. | Case No.: 07-cv-5824-SI (Consolidated with Case No.:04-cv-2648 SI) <br><br> **STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT CITY OF ANTIOCH TO FILE RESPONSIVE PLEADING** |

Pursuant to Rule 6.1(c) of the Local Rules of the U.S. District Court, Northern District of California, Defendant and Third-Party Plaintiff CHEVRON U.S.A. INC., and Third-Party

SF/1532923v1

-1-  **Case No.:** 07-cv-5824-SI
**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT
CITY OF ANTIOCH TO FILE RESPONSIVE PLEADING**

Defendant CITY OF ANTIOCH hereby stipulate and agree that Third-Party Defendant CITY OF ANTIOCH's time to answer or otherwise respond to CHEVRON U.S.A. INC.'s Third-Party Complaint is extended to and including September 26, 2008.  This extension will not alter the date of any event or any deadline already fixed by Court order

DATED: August __, 2007    PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____*/s/ Blaine I. Green*_____
    Blaine I. Green, Esq.
    Attorneys for Defendant and Third-Party Plaintiff
    CHEVRON U.S.A. INC.

DATED: August __, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____*/s/ Matthew G. Dudley*_____
    Earl L. Hagström
    Matthew G. Dudley
    Attorneys for Defendant and Third-Party Defendant
    CITY OF ANTIOCH

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Blaine I. Green.